FILED
 2013 Aug-14 PM 04:01
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| COREY M. SCOTT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action Number: 5:11-cv–00037-LSC-JHE |
| | ) |
| CARTER DAVENPORT and THE | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | |

## MEMORANDUM OPINION

On July 25, 2013, the magistrate judge entered a Report and Recommendation, doc. 9, recommending that the petition for writ of habeas corpus be dismissed with prejudice. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approve the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be DISMISSED. A separate Order will be entered.

Done this <u>14th</u> day of <u>August 2013</u>.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

[160704]